# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-26064MP |
| Oner Torres-Quintero | Citizenship: MEXICO |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about April 07, 2019, at or near Naco, Arizona, in the District of Arizona, Oner TORRES-Quintero, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1), a petty misdemeanor.

   On or about April 07, 2019, agents found Oner TORRES-Quintero in the United States of America at or near Naco, Arizona without the proper immigration documents. Furthermore, Oner TORRES-Quintero admitted to illegally entering the United States of America from Mexico on or about April 07, 2019, at or near Naco, Arizona at a time and place other than designated by immigration officials.

File Date: 04/09/2019         at Tucson, Arizona

*[signature]*

Andrew Carpenter, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 04/09/2019

*[signature: Jacqueline M. Rateau]*

**Jacqueline M. Rateau**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                          CASE: 19-26064MP

vs.

Oner Torres-Quintero

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Oner Torres-Quintero, was represented by counsel, David Alvarez (CJA).

The defendant pled guilty to the Complaint on 04/09/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 04/07/2019 |

As pronounced on 04/09/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Tuesday, April 09, 2019.

Jacqueline M. Rateau
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **JUDGE'S MINUTES** |

Date: 04/09/2019          Case Number: 19-26064MP

USA vs. **Oner Torres-Quintero**
Magistrate Judge: JACQUELINE M. RATEAU     Judge AO Code: 70BN
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Leilanie Solis, Spanish
Attorney for Defendant: David Alvarez (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **04/07/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     David Alvarez (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart     COP: 1
BY: Amanda Smith          Sent: 0
        Deputy Clerk            IA: 0
        Start: 1:34 PM Stop: 2:52 PM